

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2018

No. 04-18-00341-CV

**IN RE CELADON TRUCKING SERVICES, INC.** and Abner Albarez-Carballo

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

On May 23, 2018, relators filed a petition for writ of mandamus complaining of the trial court's denial of their motion to dismiss for improper venue and forum non conveniens. The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than August 8, 2018.

On July 11, 2018, relators filed an opposed "Emergency Motion for Stay Pending Mandamus." Relators' request for a stay is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on July 16, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CV-A001336D1, styled *Lonnie Butler v. Celadon Trucking Services, Inc. and The Estate of Abner Alejandro Alvarez-Carballo*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.